# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. Brandon Peterson

Washington County Jail
Commander Heinen
SGT Brandon Olson
SGT Klinkner
SGT Troy Jorgenson
etc,

Defendant(s).

Case No. 18cv2640 DWF/ECW
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐  NO ☒

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

RECEIVED BY MAIL
SEP 11 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name: Brandon Robert Peterson

    Street Address: Hickory unit, 100 Freeman Drive

    County, City: St. Peter, MN. 56082

    State & Zip Code:

    Telephone Number: (Dad) 651-497-8879

✱ Address Now
100 Freeman Drive
St. Peter mn 56082

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name **Commander Heinen**
   Street Address **15015 62nd St. N**
   County, City **Stillwater Washington county**
   State & Zip Code **MN 55082**

   b. Defendant No. 2

   Name **SGT Brandon Olson**
   Street Address **15015 62nd st. N**
   County, City **Stillwater Wash. Co.**
   State & Zip Code **MN 55082**

   c. Defendant No. 3

   Name **SGT Klinkner**
   Street Address **15015 62nd St. N**
   County, City **Washington county Stillwater**
   State & Zip Code **minnesota 55082**

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [X] Federal Question        [X] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Brandon peterson   State of Citizenship: minnesota wash county
    Defendant No. 1: Commander Heinen   State of Citizenship: minnesota wash county
    Defendant No. 2: Brandon olson   State of Citizenship: minnesota wash county

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [X]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [X] Defendant(s) reside in Minnesota   [X] Facts alleged below primarily occurred in Minnesota
    [ ] Other: explain



STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. most of the Abuse happend on the night shift I have letters included from other inmates some gave letters to their lawers that went to Judge Mary Hannon
Any time Any one else did any thing they would blame me.

8. Brandon Olson sprayed MK-9S OC spray in my room in the middle of the night + 3:00 Am then made me take off all my clothes and would not give me clothes back I was naked most the time because night shift would take away Any thing I had no short nothing completely naked! even Sgt Capra said he was wrong (Sgt Olson)

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: [X]
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I would like for these People to be held accountable for what they Did to me & others inmates.
$500,000 is what I'm asking for.

Signed this ___ day of _____ ____

        Signature of Plaintiff _____

        Mailing Address


        Telephone Number


Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.